# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Napoleon J. Rankin Bey, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00122-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Staff and Officers, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 2, 2015 Order.

July 2, 2015

Frank G. Johns, Clerk
United States District Court